# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARILYN MARIE SMITH**, | : | **CIVIL ACTION NO. 1:13-CV-336** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **DEPARTMENT OF DEFENSE**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 14th day of May, 2013, upon consideration of the Report and Recommendation of United States Magistrate Judge Thomas M. Blewitt (Doc. 6), recommending that plaintiff's Complaint and Amended Complaint (Docs. 1, 5) be dismissed, and, following an independent review of the record, and noting that plaintiff filed objections[1] to the report (Doc. 7) on April 15, 2013, and the court finding Magistrate Judge Blewitt's analysis to be thorough and well-reasoned, and the court finding the objections to be without merit and squarely addressed by Judge Blewitt's report (Doc. 6), it is hereby ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1. The Report and Recommendation of Magistrate Judge Blewitt (Doc. 6) are ADOPTED.

2. Plaintiff's Complaint and Amended Complaint (Docs. 1, 5) are DISMISSED with prejudice.

3. Plaintiff's motion to proceed *in forma pauperis* is GRANTED solely for the purpose of filing this action.

4. The Clerk of Court is directed to CLOSE this case.


    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge